United States District Court
Southern District of Texas
**ENTERED**
May 10, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **DEQUESIA JONES,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Case No. 4:22-CV-00895 |
| | § | |
| **B&M MANAGEMENT COMPANY LLC,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

The parties have notified the Court that all matters in dispute and controversy between them have been fully and finally compromised and settled. They have further announced their intention to request dismissal of this action.

Therefore, the parties are **ORDERED** to file appropriate dismissal documents disposing of this action with this Court within thirty (30) days of the date of this Order. Should the parties fail to timely file such documents with this Court, they are **ORDERED** to appear before this Court to explain why they have failed to comply with this Order.

It is further **ORDERED** that all current settings are canceled, and all pending motions are denied without prejudice as moot by the settlement announced in this cause.

It is SO ORDERED.

Signed on May 10, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**